JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a MINOR, by and through his parent, SHARON E. RIZZI, and SHARON E. RIZZI,<br><br>Plaintiffs,<br><br>v.<br><br>PALOS VERDES PENINSULA UNIFIED SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-07656-JAK (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Dismissing Complaint For Lack Of Subject Matter Jurisdiction, IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED:  October 5, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE